NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000313
19-NOV-2013
09:42 AM

NO. CAAP-11-0000313 and CAAP-11-0000412

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KERRY SCOTT ALLIGOOD, Planitiff-Appellant, v.
MARTA JENNIFER KNAPP-ALLIGOOD, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(CASE NO. FC-D 09-1-0178K)

ORDER (1) APPROVING THE NOVEMBER 13, 2013 STIPULATION TO
DISMISS APPEAL WITH PREJUDICE AND (2) DISMISSING THE JUNE 10,
2013 "MOTION TO DISMISS SOME POINTS ON APPEAL FOR MOOTNESS"
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of (1) the "Motion to Dismiss Some Points on Appeal for Mootness" filed on June 10, 2013 and (2) the "Stipulation to Dismiss Appeal with Prejudice," filed November 13, 2013 (Stipulation) by Defendant-Appellee Marta Jennifer Knapp-Alligood, the papers in support, and the record, it appears that (1) the Stipulation is dated and signed by the parties; (2) the parties seek dismissal of the appeal with prejudice, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b); and (3) the parties agree to bear their own costs and fees on appeal. Therefore,

IT IS HEREBY ORDERED that the stipulation to dismiss appeal is approved and this appeal is dismissed with prejudice. The parties shall bear their own appellate costs and fees.

IT IS FURTHER ORDERED that the "Motion to Dismiss Some Points on Appeal for Mootness" filed on June 10, 2013 is dismissed as moot.

DATED: Honolulu, Hawaiʻi, November 19, 2013.


Chief Judge


Associate Judge


Associate Judge